# United States District Court

**DISTRICT:** Eastern District of Virginia – Richmond Division

**CASE TITLE:** In re:

**DOCKET NO.:** 3:09CR242

**Date:** July 21, 2009

**Judge:** Dohnal

**Reporter:** Amy Darmstedtler, Accu-Beta

**Grand Jury Panel ( )**

**Counsel for the Government:** Stephen W. Miller

On motion of the Government, granted by the Court, bench warrants shall be issued as follows:

(1) U. S. vs. Sealed deft #3
(2) U. S. vs. Jose Zavala Zambrano - AS DETAINER
(3) U. S. vs. Benito Chajon-Guerra - AS DETAINER
(4) U. S. vs. Oscar Antonio Castillo - AS DETAINER
(5) U. S. vs. Felix Santos Garcia - AS DETAINER
(6) U. S. vs. Mark Gordon Harris, Sr. - AS DETAINER
(7) U. S. vs. Michael Maurice Champ
(8) U. S. vs. Phoebe Mosby
(9) U. S. vs. Judy Marie Jassiter
(10) U. S. vs. Kaleondious C. Hardfield - AS DETAINER

JUL 21 2009

On motion of the Government, granted by the Court, the following indictments shall be transferred to the _____ Division for docketing and trial:

(1) U. S. vs. _____
(2) U. S. vs. _____
(3) U. S. vs. _____
(4) U. S. vs. _____
(5) U. S. vs. _____

Additional motions, etc.: _____

Began: _____ Ended: _____ Time in Court: _____