AO/++ 442 (Rev 6/96-EDVA) Warrant for Arrest

1754382

# United States District Court
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

**WARRANT FOR ARREST**
*as detainer*

**UNITED STATES OF AMERICA**

CRIMINAL ACTION
NUMBER: 3:09CR242

**MACK GORDON HARRIS, SR.**

FILED
AUG 20 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**To:** The United States Marshal and/or any Authorized United States Officer
You are **HEREBY COMMANDED** to **ARREST** and **MACK GORDON HARRIS, SR.** bring him/her to the nearest United States Magistrate Judge to answer a(n)

- **X** INDICTMENT ___ Criminal Information ___ Complaint
- ___ SEALED Order of Court ___ Order of Court
- ___ Petition on Supervised Release ___ Petition on Probation
- ___ Violation of Pretrial Release ___ Violation of Bond Conditions

charging him/her with (brief description of offense): Transportation of a Minor for Illegal Sexual Activity; Enticement of a Minor Using a Facility or Means of Interstate Commerce

In Violation of Title 18 United States Code, Section 2423 (a) and 2422(b).

C.N. Garner
**Name of Issuing Officer**

Deputy Clerk
**Title of Issuing Officer**

[signature]
**Signature of Issuing Officer**

July 22, 2009 - Richmond, VA
**Date and Location**

RECEIVED 2009 JUL 23 PM 3:07 UNITED STATES MARSHAL

**Bail Fixed at $** N/A

By: _____
**Name of Judicial Officer**

---

This warrant was received and executed with the arrest of the above-named defendant at:
WHCAP WALTON Co Jail Monroe GA

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 8/20/09 | Kevin Trevillian 2879 CIO USM | [signature] |